**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01993-LTB-BNB

ANDREW EUGENE SINKS,

    Plaintiff,

v.

ADAMS COUNTY SHERIFF DEPARTMENT DEPUTY JAI ROGERS,
ADAMS COUNTY SHERIFF DOUGLAS DARR,

    Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc 4 - filed September 20, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED: September 23, 2013